**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **PATRICIA WEGNER INDVIDUALLY, AND ON BEHALF OF THE ESTATE OF TROY WEGNER, DECEASED** § § § § | |
| Plaintiffs § § | |
| v. § § § | C.A. No. 4:20-cv-608 |
| **TETRA PAK, INC., AND THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY** § § § § | |
| Defendants. § | |

**INDEX OF PLEADINGS, ANSWERS TO PLEADINGS, PROCESS, AND ORDERS FROM STATE COURT ACTION**

The following is an index of the pleadings, process, and orders entered by the state court in as Cause No. 20-5205-362, *Patricia Wegner Individually and on behalf of the Estate of Troy Wegner, deceased v. Tetra Pak, Inc., and the Hartford Life and Accident Insurance Company;* in the District Court, of Denton County, Texas 362nd Judicial District:

**EXHIBIT A**

        **A-1**. Certified Copy of Docket Sheet

        **A-2**. Plaintiff's Original Petition

        **A-3**. Process and Service Documents

2913913v.1