

362ND JUDICIAL DISTRICT COURT

# CASE SUMMARY
## CASE NO. 20-5205-362

| | |
|---|---|
| Patricia Wegner, Individually, And on Behalf of The Estate of Troy Wegner deceased,<br>V<br>Tetra Pak, Inc., and The Hartford Life and Accident Insurance Company | § § § § |

Location: **362nd Judicial District Court**
Judicial Officer: **McFarling, Bruce**
Filed on: **07/06/2020**

---

### CASE INFORMATION

Case Type: **Other Civil**

Case Status: **07/06/2020   Active**

Case Flags: **Jury Fee Paid**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number     20-5205-362<br>Court     362nd Judicial District Court<br>Date Assigned     07/06/2020<br>Judicial Officer     McFarling, Bruce |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | **Wegner, Patricia** | **McLearen, Garrett J.**<br>*Retained*<br>972-934-9200(F)<br>972-934-9100(W) |
| **Defendant** | **Tetra Pak, Inc.**<br><br>**The Hartford Life and Accident Insurance Company** | |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| 07/06/2020 | Plaintiff's Original Petition |
| 07/07/2020 | Jury fee paid<br>*(This entry only represents the payment of the jury fee - not a document filed with the clerk.)* |
| 07/07/2020 | **Citation**<br>Tetra Pak, Inc.<br>Served: 07/14/2020 9:05 AM<br>Return Date/Time: 07/20/2020 1:41 PM<br>The Hartford Life and Accident Insurance Company<br>Served: 07/14/2020 9:05 AM<br>Return Date/Time: 07/20/2020 1:41 PM<br>*eserved in envelope 44316578* |
| 07/20/2020 | Service Returned<br>- *Citation*<br>For: Defendant Tetra Pak, Inc. |
| 07/20/2020 | Service Returned<br>- *Citation*<br>For: Defendant The Hartford Life and Accident Insurance Company |

---

| DATE | FINANCIAL INFORMATION |
|---|---|
| | **Plaintiff** Wegner, Patricia<br>Total Charges |

    333.00

*Printed on 07/24/2020 at 10:23 AM*

362ND JUDICIAL DISTRICT COURT

# CASE SUMMARY

## CASE NO. 20-5205-362

Exhibit A-1

| | | | |
|---|---|---|---:|
| | Total Payments and Credits | | 333.00 |
| | **Balance Due as of 7/24/2020** | | **0.00** |
| 07/07/2020 | Charge | Plaintiff Wegner, Patricia | 333.00 |
| 07/07/2020 | TexFile Payment   Receipt # 2020-17191 | Plaintiff Wegner, Patricia | (333.00) |

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE

DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK

7/24/2020
Date

By:

Deputy Clerk

*Printed on 07/24/2020 at 10:23 AM*



**All Transactions Approved**

Bureau: 1025805 - Denton County, TX District Clerk CNT

| Cause Number or Description | Amount | Quantity | Conv. Fee | Result |
|---|---|---|---|---|
| Fees and Fines: 20-5205-362 Payment ID: 100205733329 Copies or Reports | $2.00 | 1 | $1.00 | Approved |
| Total Amounts + All Fees: | $3.00 | | | |

## BILLING INFORMATION

Payment will be billed to:
Kent Adams
Card ending in ...1319 (Mastercard)
Processed at 07/24/2020 10:25:26 AM CDT

## LEGAL NOTICE

Certified Payments provides a service for consumers and businesses to make payments via their credit card for various types of services and taxes. By utilizing Certified Payments, you, the cardholder, are subject to the following terms and conditions. By submitting your payment through Certified Payments, you are agreeing to the terms and conditions listed in the Legal Notices link below. Please read all terms and conditions carefully.

Privacy Statement - www.certifiedpayments.net/PrivacyStatement.aspx
Legal Notice - www.certifiedpayments.net/LegalNotices.aspx