UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PATRICIA WEGNER, individually and on behalf of the ESTATE OF TROY WEGNER | § § § § | |
| v. | § § | CIVIL NO. 4:20-CV-608-SDJ |
| TETRA PAK, INC., ET AL. | § § | |

**FINAL JUDGMENT**

Pursuant to the Memorandum Opinion and Order on this date, it is

**CONSIDERED**, **ORDERED**, and **ADJUDGED** that this case is hereby **DISMISSED**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this civil case.

**So ORDERED and SIGNED this 30th day of November, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE